1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   (916) 498-5700

5   Attorney for Defendant
    BENITO HERNANDEZ-LUIS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. CR.S-12-302-MCE
                                     )
12              Plaintiff,           )   **STIPULATION AND ORDER;**
                                     )   **CONTINUING STATUS CONFERENCE**
13      v.                           )   **AND EXCLUDING TIME**
                                     )
14  BENITO HERNANDEZ-LUIS            )   Date:  October 18, 2012
                                     )   Time:  9:00 a.m.
15              Defendant.           )   Judge: Hon. Morrison C. England, Jr.
    _____)

16

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel,  Assistant United States Attorney NIRAV DESAI, attorney for Plaintiff,

19  and Assistant Federal Defender COURTNEY FEIN for BENITO HERNANDEZ-LUIS that

20  the status conference hearing date of October 11, 2012 be vacated, and the matter be set for

21  status conference on October 18, 2012 at 9:00 a.m.

22          The reason for this continuance is to allow defense counsel additional time to review

23  the  presentence report and consult with her client.

24          Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25  should be excluded from the date of signing of this order through and including October 18,

26  2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

27  / / /

28  / / /

Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 12, 2012.        Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Public Defender

                                /s/ Courtney Fein
                                COURTNEY FEIN
                                Assistant Federal Defender
                                Designated Counsel for Service
                                Attorney for BENITO HERNANDEZ-LUIS

DATED: October 12, 2012.        BENJAMIN WAGNER
                                United States Attorney

                                /s/ Courtney Fein for
                                NIRAV DESAI
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

                                ORDER

        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

October 11, 2012, status conference hearing be continued to October 18, 2012, at 9:00 a.m.

Based on the representation of defense counsel and good cause appearing therefrom, the

Court hereby finds that the failure to grant a continuance in this case would deny defense

counsel reasonable time necessary for effective preparation, taking into account the exercise

of due diligence. The Court finds that the ends of justice to be served by granting a

continuance outweigh the best interests of the public and the defendant in a speedy trial. It

is ordered that time up to and including the October 18, 2012 status conference shall be

excluded from computation of time within which the trial of this matter must be commenced

under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

T-4, to allow defense counsel reasonable time to prepare.

Dated: October 12, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE