BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>BENITO NICOLAS HERNANDEZ-LUIS,<br>  aka Jose Hernandez Alvarez,<br>  aka Jose Alvarez Hernandez,<br><br>               Defendant. | CASE NO. 2:12-CR-00302 MCE<br><br>AMENDED STIPULATION AND ORDER CONTINUING JANUARY 3, 2013 STATUS CONFERENCE AND EXCLUDING TIME PERIODS UNDER THE SPEEDY TRIAL ACT |

Plaintiff United States of America ("government") and defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. On October 18, 2012, attorney Daniel M. Karalash, Esq. substituted in as counsel of record for defendant.

2. By prior order filed on November 15, 2012, the Court set this matter for status conference to take place on January 3, 2013, and excluded time under the Speedy Trial Act through January 3, 2013, pursuant to Excludable Delay Code ("Local Code") T4 (ECF 15). By additional prior orders, the Court had excluded time under the Speedy Trial Act for the period of August 31, 2012, through November 16, 2012, pursuant to Local Code T4 (ECF 8, 11 & 12).

3. By this stipulation, defendant moves to continue the status conference until **March 14, 2013**, and to exclude time under the Speedy Trial Act pursuant to Local Code T4.

Amended Stipulation & Order Continuing Status        1
Conference and Excluding Time Under Speedy Trial Act

The government does not oppose this request.

4. The parties agree and stipulate, and request that the Court find, as follows:

    a. On October 18, 2012, Daniel M. Karalash, Esq. substituted in as counsel of record for defendant.

    b. Mr. Karalash has filed a motion to reopen defendant's immigration case and a motion for cancellation of removal premised on the U.N. Convention Against Torture with the immigration courts. Due to some confusion that occurred in the immigration proceedings, that administrative case has been delayed.

    c. As a result of the administrative proceedings, Mr. Karalash is considering filing a motion on behalf of defendant in this Court seeking to stay or otherwise toll the criminal litigation pending before this Court.

    d. Defendant's counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The government does not object to the continuance.

    f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., within which trial must commence, the time period from January 3, 2013, through and including March 14, 2013, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

////
////
////
////

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 27, 2012            BENJAMIN B. WAGNER
United States Attorney

/s/ Nirav K. Desai
NIRAV K. DESAI
Assistant United States Attorney

Dated: December 27, 2012            /s/ Daniel M. Karalash
(as authorized on Dec. 27, 2012)

DANIEL M. KARALSH
Attorney for Defendant

## **ORDER**

IT IS SO FOUND AND ORDERED.

The parties' amended stipulation, including the proposed findings, is HEREBY APPROVED. The status conference, currently scheduled for January 3, 2013, is **continued to March 14, 2013**, at 9:00 a.m., in Courtroom 7. The time period through March 14, 2013, is excluded under the Speedy Trial Act pursuant to Local Code T4.

Dated: January 2, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT