| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | NIRAV K. DESAI<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA  95814 |
| 4 | Telephone: (916) 554-2716<br>Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENITO NICOLAS HERNANDEZ-LUIS,<br>  aka Jose Hernandez Alvarez,<br>  aka Jose Alvarez Hernandez,<br><br>Defendant. | CASE NO. 2:12-CR-00302 MCE<br><br>STIPULATION AND ORDER CONTINUING MARCH 14, 2013 STATUS CONFERENCE AND EXCLUDING TIME PERIODS UNDER THE SPEEDY TRIAL ACT |
|---|---|

Plaintiff United States of America ("government") and defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. On October 18, 2012, attorney Daniel M. Karalash, Esq. substituted in as counsel of record for defendant.

2. By prior order dated January 2, 2103, the Court set this matter for status conference to take place on March 14, 2013, and excluded time under the Speedy Trial Act through March 14, 2013, pursuant to Excludable Delay Code ("Local Code") T4 (ECF 18). By additional prior orders, the Court had excluded time under the Speedy Trial Act for the period of August 31, 2012, through January 3, 2013, pursuant to Local Code T4 (ECF 8, 11, 12, 15).

3. By this stipulation, defendant moves to continue the status conference until **April 11, 2013**, and to exclude time under the Speedy Trial Act pursuant to Local Code T4. The government does

1

not oppose this request.

    4.       The parties agree and stipulate, and request that the Court find, as follows:

        a.       On October 18, 2012, Daniel M. Karalash, Esq. substituted in as counsel of record for defendant.

        b.       Mr. Karalash filed a motion to reopen defendant's immigration case and a motion for cancellation of removal premised on the U.N. Convention Against Torture with the immigration courts. Due to some confusion that occurred in the immigration proceedings, that administrative case was delayed for some time. Mr. Karalash has advised that the briefing on the motion to reopen in the immigration court is now complete, and the parties are awaiting a hearing date or order.

        c.       Defendant's counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.       The government does not object to the continuance.

        e.       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f.       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., within which trial must commence, the time period from March 14, 2013, through and including April 11, 2013, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

////
////
////
////
////
////

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 8, 2013                     BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/ Nirav K. Desai
                                         NIRAV K. DESAI
                                         Assistant United States Attorney

Dated: March 8, 2013                      /s/ Daniel M. Karalash
                                         (as authorized on March 8, 2013)

                                         DANIEL M. KARALSH
                                         Attorney for Defendant

## ORDER

The parties' stipulation, including the proposed findings, is HEREBY APPROVED. The status conference, currently scheduled for March 14, 2013, is **continued to April 11, 2013**, at 9:00 a.m., in Courtroom 7. The time period through April 11, 2013, is excluded under the Speedy Trial Act pursuant to Local Code T4.

IT IS SO ORDERED.

Date: March 13, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE